IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARCIA G. WHITE,

    Petitioner,

v.                                         Case No. 1:17cv197-MW/CAS

MARK S. INCH, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 25, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 26. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Respondent's motion to dismiss, ECF No. 23, is **GRANTED** and the amended § 2254 petition, ECF No. 6, is **DISMISSED** as untimely. A Certificate of Appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on February 26, 2019.

                                                **s/Mark E. Walker**
                                                **Chief United States District Judge**